UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff/Counter Defendant,<br><br>v.<br><br>NANCY SCHAEDLER-MOORE, in her individual capacity and as Trustee of the Nancy Susan Schaedler Trust July 17, 2016; SAN DIEGO COUNTY DISTRICT ATTORNEY BUREAU OF CHILD SUPPORT ENFORCEMENT; THERESA SCHARRINGHAUSEN; ELIZABETH SHUTTERS, INC.; 2021 INC.; ROBERT MAXIMILLIAN MOORE; YGRENE ENERGY FUND INC.; STATE OF CALIFORNIA FRANCHISE TAX BOARD; CAVALRY SPV I, LLC; and JG WENTWORTH HOME LENDING, LLC,<br><br>　　　　　　　　　　　　　Defendants.<br><hr>NANCY SCHAEDLER-MOORE,<br><br>　　　　　Counter Claimant/Cross Claimant,<br><br>v.<br><br>ROBERT MAXIMILLIAN MOORE; THERESA SCHARRINGHAUSEN; | Case No.: 3:24-cv-00978-W-AHG<br><br>**ORDER SETTING SECOND EARLY NEUTRAL EVALUATION CONFERENCE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | YGRENE ENERGY FUND INC.;<br>STATE OF CALIFORNIA FRANCHISE<br>TAX BOARD; CAVALRY SPV I, LLC;<br>ELIZABETH SHUTTERS, INC.; and JG<br>WENTWORTH HOME LENDING, LLC,<br><br>                                  Cross Defendants. |

The Court held an Early Neutral Evaluation Conference ("ENE") in this matter on September 11, 2024. ECF No. 25. This order follows.

The Court will hold a second ENE and continued Case Management Conference ("CMC") on **December 4, 2024** at **9:30 a.m.** before Magistrate Judge Allison H. Goddard. Like the first ENE, the second ENE shall take place via videoconference, using the Court's official Zoom account. In accordance with the Local Rules, the Court requires attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation via videoconference. CivLR 16.1(c)(1).

Chambers staff will circulate the Zoom invitation to **all participants who attended the first ENE** at least one business day before the conference. Counsel must notify the Court of any change to their side's participant list no later than **November 29, 2024**. All participants should review the Court's initial order setting the ENE and CMC (ECF No. 9) for technical guidance regarding the use of Zoom, if needed. Participants must be prepared to appear on camera and must devote their full attention to the conference as if they were attending in person. Participants are reminded to appear and conduct themselves as if proceeding in a courtroom, including by dressing in appropriate courtroom attire. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

In preparation for the conference, any party asserting a lien against the property in question must provide a position statement to counsel for all other parties no later than

**November 15, 2024** with a copy to the Court at efile_Goddard@casd.uscourts.gov for Judge Goddard's review prior to the second ENE. The position statement must include the amount of the lien the party asserts, the asserted date that the lien attached to the property at issue, the statutory basis for the lien, and the alleged priority of the lien with the statutory basis or case law to support the alleged priority. If any dispute arises regarding this informal discovery exchange, the parties must contact the Court to resolve the dispute by following the procedures governing discovery disputes as set forth in Judge Goddard's Chambers Rules.[1] Further, before the second ENE, counsel for the parties should meet and confer to discuss whether they can reach stipulations about dismissing or substituting parties as necessary to ensure that only parties asserting claims to the property are in the case.

All information exchanged among the parties in preparation for the second ENE is considered confidential settlement material that is shared solely for the purposes of settlement discussions.

If the case does not settle at the second ENE, the Court will hold the CMC at that time.

**IT IS SO ORDERED.**

Dated: September 12, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge

---

[1] Judge Goddard's Chambers Rules can be found on the Court website at: https://www.casd.uscourts.gov/judges/goddard/docs/Goddard%20Civil%20Pretrial%20Procedures.pdf.