# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>NANCY SCHAEDLER-MOORE (IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE NANCY SUSAN SCHAEDLER TRUST JULY 17, 2016); SAN DIEGO COUNTY DISTRICT ATTORNEY (BUREAU OF CHILD SUPPORT ENFORCEMENT); THERESA SCHARRINGHAUSEN; ELIZABETH SHUTTERS, INC.; 2021 INC.; ROBERT MAXIMILLAN MOORE; YGRENE ENERGY FUND INC.; CAVALRY SPV I, LLC; STATE OF CALIFORNIA FRANCHISE TAX BOARD; AND JG WENTWORTH HOME LENDING, LLC.,<br><br>                        Defendants.<br><br>NANCY SCHAEDLER-MOORE,<br><br>                        Counter-Claimant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                        Counter-Defendant, | Case No.: 24-cv-00978-W-AHG<br><br>**ORDER GRANTING JOINT MOTION [Doc. 28] TO DISMISS: (1) PLAINTIFF'S COMPLAINT [Doc. 1]; AND (2) NANCY SCHAEDLER-MOORE'S CROSS-CLAIM [Doc. 6], WITHOUT PREJUDICE, AS TO DEFENDANT AND CROSS-DEFENDANT COUNTY OF SAN DIEGO (SUED AS "SAN DIEGO COUNTY DISTRICT ATTORNEY (BUREAU OF CHILD SUPPORT ENFORCEMENT)")** |

|   |   |
|---|---|
| 1 | |
| 2 | UNITED STATES OF AMERICA, |
| 3 |               Cross-Claimant, |
| 4 | v. |
| 5 | SAN DIEGO COUNTY DISTRICT ATTORNEY (BUREAU OF CHILD SUPPORT ENFORCEMENT); THERESA SCHARRINGHAUSEN; ELIZABETH SHUTTERS, INC.; 2021 INC.; ROBERT MAXIMILLAN MOORE; YGRENE ENERGY FUND INC.; CAVALRY SPV I, LLC; STATE OF CALIFORNIA FRANCHISE TAX BOARD; AND JG WENTWORTH HOME LENDING, LLC., and DOES 1 through 50, inclusive, |
|   |               Cross-Defendants. |

     Presently before the Court is the parties' joint motion to dismiss Plaintiff's Complaint [Doc. 1] and Nancy Schaedler-Moore's Cross-Claim [Doc. 6]—only as to defendant/cross-defendant County of San Diego (sued as "San Diego County District Attorney (Bureau of Child Support Enforcement)")—without prejudice under Federal Rule of Civil Procedure 41, subsections (a)(1)(A)(ii) and (c). ([Doc. 28], "Joint Motion".) The parties' joint motion and stipulation are made in light of defendant/cross-defendant County of San Diego's express disclaimer of any interest or estate in the real property that is the subject of this action. (*See* Docs. 5 and 12.) Good cause appearing, the Court **GRANTS** the Motion and **DISMISSES WITHOUT PREJUDICE** Plaintiff's

Complaint [Doc. 1] and Nancy Schaedler-Moore's Cross-Claim [Doc. 6] as to defendant/cross-defendant County of San Diego (sued as "San Diego County District Attorney (Bureau of Child Support Enforcement)").

**IT IS SO ORDERED**.

Dated:  September 19, 2024

_____
Hon. Thomas J. Whelan
United States District Judge