

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | |
| **Plaintiff,** | Civil Action No.  24-cv-0978-W-AHG |
| V. | |
| See Attachment | **DEFAULT JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Based on the foregoing, Plaintiff's application for default judgment against defendants (1) 2021 Inc.; (2) Cavalry SPV I LLC; (3) the State of California Franchise Tax Board; (4) Elizabeth Shutters, Inc.; (5) Robert Maximilian Moore; and (6) Theresa Scharringhausen is GRANTED [Doc. 44]. The Court finds that any interest these defendants may hold in 1137 Columbus Way in Vista, California is hereby EXTINGUISHED.

Date:  1/13/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ M. Fujita

M. Fujita, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.   24-cv-0978-W-AHG

Defendants:

Nancy Schaedler-Moore (In Her, Individual Capacity And As Trustee of The Nancy Susan Schaedler-Moore Trust July 17, 2016); San Diego County District Attorney (Bureau Of Child Support, Enforcement); Theresa, Scharringhausen; Elizabeth, Shutters, Inc.; 2021 Inc.; Robert Maximilian Moore; Ygrene Energy Fund Inc.; Cavalry SPV I, LLC; State of California Franchise Tax Board; And JG Wentworth Home Lending, LLC